**H. L. PROPERTIES, INC., et al.,**
**Plaintiffs-Appellees,**

v.

**AEROJET–GENERAL CORPORATION,**
**Defendant-Third-Party Plaintiff-**
**Appellee,**

v.

**UNITED STATES of America,**
**Defendant-Third-Party De-**
**fendant-Appellant.**

No. 72–2011
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 1972.

Rehearing Denied Dec. 19, 1972.

Robert W. Rust, U. S. Atty., Clemens Hagglund, Asst. U. S. Atty., Miami, Fla., Morton Hollander, James C. Hair, Dept. of Justice, Washington, D. C., for the United States.

A. Dan Killian, Jr., George L. Knight, Miami, Fla., Turner & Hodson, Vernon W. Turner, Michael Watkins, Homestead, Fla., James E. Glass, Welsh & Carroll, Smathers & Thompson, Earl D. Waldin, Jr., Miami, Fla., for appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

We affirm the judgment below on the basis of the District Court's Memorandum Opinion and Order, 331 F.Supp. 1006.

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

■

**NATIONAL LABOR RELATIONS**
**BOARD, Petitioner-Cross**
**Respondent,**

v.

**C. V. URANGA d/b/a Paso Del Norte Oil**
**Company of Eagle Pass, Respondent-**
**Cross Petitioner.**

No. 72–1284
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 14, 1972.

Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., Clifford W. Potter, Director, Region 23, NLRB, Houston, Tex., Peter G. Nash, Gen. Counsel, Elliott Moore, Frank Vogl, Attys., NLRB, for petitioner.

James G. Murry, San Antonio, Tex., for respondent.

Before BELL, DYER, and CLARK, Circuit Judges.

PER CURIAM:

There is a sufficiency of evidence taken on the record as a whole to support the Board order with respect to the § 8(a)(1) and § 8(a)(3) violations. 29 U.S.C.A. § 158(a)(1), (3). The record does not support the Respondent's claim of denial of procedural or substantive due process.

As to the Board's delay in seeking enforcement of its order, see National Labor Relations Board v. J. H. Rutter-Rex Manufacturing Company, 1969, 396 U.S. 258, 90 S.Ct. 417, 24 L.Ed.2d 405.

Enforced.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.